August 21, 2017

Letter
16cr10305-NMG

Dear Judge Gorton,

My name is Dana Gottesfeld and I am Martin Gottesfeld's wife. I am submitting this for the record because this is stuff I think the prosecution is trying to hide. I don't think they want you to know what's really going on here. So I wanted to be sure that I advised you. Please take a look at the following Red State article. That's not all, Michelle Malkin has written a piece that was widely syndicated as well. The prosecution is trying to pull the wool over your eyes basically, and you should be weary.

Best,
Dana