Exhibit 1

**HELD HOSTAGE**
# BRUTAL BATTLE AGAINST MEDICAL KIDNAPPERS
Michelle Malkin on Americans who risked 'great danger to their freedom and their lives'

Published: 06/27/2017 at 9:19 PM



**MICHELLE MALKIN (HTTP://WWW.WND.COM/AUTHOR/MMALKIN/)**   About | Email
(mailto:writemalkin@gmail.com) | Archive (http://www.wnd.com/author/mmalkin/?archive=true)

Subscribe to feed (http://www.wnd.com/author/mmalkin/feed/)

Share on Facebook

Share on Twitter

Email



BOSTON – On the day Boston Children's Hospital celebrated being named "the number one (http://www.wnd.com/20 pediatric hospital in the nation" by U.S. News & World Report, I was interviewing Dana Gottesfeld in nearby Somerville, Massachusetts. Dana is the young wife of Martin "Marty G" Gottesfeld, an imprisoned technology engineer/activist who used his skills to fight against medical child abuse committed at Boston's Children's Hospital.

*[handwritten annotations: "number one", "battle-", "Gottesfeld", "against-"]*

"That is so Boston," Dana observed Tuesday in response to the new ranking – which is already medical splashed in multiple gold medallions across the hospital's website.

*[handwritten: "which is already medical"]*

kidnappers/print/) Print

It's all about power, prestige and pull in the top echelons of the Bay State's medical community, many New Englanders have informed me. BCH's teaching affiliate is Harvard Medical School (http://www.wnd.com/20 School. The ties between and among influential and wealthy alumni in the realms of health care, politics and the courts are innumerable.

battle-

It's a network that's "practically untouchable," Dana explained.

against-

And like the third rail, those who dare challenge these renowned institutions risk great danger to their freedom and their lives.

medical

kidnappers/print A

Dana's husband, Marty, faces felony charges of computer hacking and conspiracy related to distributed denial-of-service (DDoS) attacks in April 2014 against Boston Children's and the nearby Wayside Youth and Family Support Network residential treatment. Marty had organized a social media army to knock the computer networks of both institutions offline to protest the medical kidnapping of then-15-year-old Justina Pelletier. Hackers from the loose-knit collective Anonymous allegedly participated in the campaign.

Justina's plight had become international news in Marty's backyard. One fateful winter day in February 2013, Justina traveled with her mom to BCH from her West Hartford, Connecticut, home, seeking relief from a severe case of the flu. Ordinary sickness compounded Justina's rare medical conditions, including mitochondrial disease and postural orthostatic tachycardia syndrome. But those illnesses hadn't stopped her from participating in school, competitive ice skating and an active family life.

Instead of receiving top-notch care and attention at BCH, however, Justina was snatched from her parents and recklessly re-diagnosed with a psychological condition, "somatoform disorder." She was dragged from BCH's neurology department to its infamous psych ward, where she was reprimanded for being unable to move her bowels or walk unassisted in her weakened state. At Wayside, she was harassed by a staffer while taking a shower. The physical and mental torture lasted 16 months.

The family is now suing the gold medallion-adorned, scandal-plagued Boston Children's Hospital. "They tried to break us all," Justina's dad, Lou, told me at his West Hartford home, where Justina fights to recover from post-traumatic stress and physical deterioration suffered while she was held hostage.

But the arrogant, tunnel-visioned torturers failed. Thanks to an aggressive awareness-raising campaign by an eclectic coalition including Justina's family, the Christian Defense Coalition's Rev. Pat Mahoney, conservative media personalities and left-leaning critics of the Massachusetts child welfare bureaucracy, Justina was eventually freed and reunited with her parents.

Marty G's DDoS attacks were an instrumental catalyst at a time when Justina's family faced a gag order for speaking out.

"I never imagined a renowned hospital would be capable of such brutality and no amount of other good work could justify torturing Justina," Marty wrote in a recent online explanation of why he intervened.

"BCH calls what it did to her a 'parentectomy,' and there had been others over at least the past 20 years. I knew that BCH's big donation day was coming up, and that most donors give online. I felt that to have sufficient influence to save Justina from grievous bodily harm and possible death, as well as dissuade BCH from continuing its well-established pattern of such harmful 'parentectomies,' I'd have to hit BCH where they appear to care the most, the pocket book and reputation."

On Tuesday, a federal judge in Boston finally set a court date in Martin "Marty" Gottesfeld's case. After more than a year behind bars without bail (including about 80 days in solitary confinement and a stint in the same detention center as Mexico's notorious drug cartel kingpin "El Chapo"), Marty now faces trial in January 2018. He was barred from attending his beloved adoptive father's funeral in April.

"It was the right thing to do," Dana told me through tears as she cradled a Homeland Security storage bag with Marty's wedding ring. She recently lost her job as a result of her advocacy for Marty. But the couple, who have never met Justina or her family, will keep fighting medical kidnappings. Relentless as ever, Marty stressed in a brief phone conservation with me the need for state and federal "Justina's Laws" to protect wards of the state from being used as research guinea pigs by prestigious medical institutions.

Both the supporters of Justina and Marty remain aghast at the brutal treatment of their loved ones while the real menaces breathe free.

Marty's message from prison in Massachusetts: "Human rights abuses aren't just happening in North Korea. They're here."

Justina's message from her wheelchair in Connecticut: She hopes her torturers "get what they deserve."

Is anyone in Washington listening?

Share on Facebook
Share on Twitter
Email

CNN Refuses To Show This Hillary Video. Click Here To Watch

World Renowned Doctor Breaks Down Your True Health Issues

Diabetes Breakthrough That Will Leave Companies Bankrupt    Seniors Sleep Easier With Natural Sleep Aid

This Common Pill May Go Down As The Deadliest Drug Ever. Are You Taking It?

Forget 'Googling' Your Name, Shocking Site Reveals Everything

One Cup Of This (Before Bed) Burns Belly Fat Like Crazy    Popular Site Reveals Anyone's "Secret" Past

This Simple Trick Will Give You A Natural Sleeping Pattern

8 Comments    WND

♡ Recommend    ⤴ Share

Sort by Newest

Join the discussion…

LOG IN WITH

[W SIGN IN TO WND]

OR SIGN UP WITH DISQUS (?)

Name

Email

Password

By signing up, you agree to the Disqus Basic Rules, Terms of Service, and Privacy Policy.

(http://www.wnd.com/20 Login
battle- Sort by Newest
against-
medical-
kidnappers/print/) Print
(http://www.wnd.com/20
battle-
against-
medical-
kidnappers/print/)

---

**vcfmama** • 2 months ago

Michelle Malkin, I would love for you to contact me. I cover stories like this all the time at MedicalKidnap dot com, and we have seen so many injustices to innocent families. Boston Children's Hospital is on my top 4 list of the most dangerous hospitals for parents to take their children to, due to risk of "parentectomy" and medical kidnapping.
We have seen some victories in getting children back home, and some legislators are taking a hard look at laws, but there is so much more that needs to be done to change this around.
I have learned much in more than 2 1/2 years of doing this research, and I would very much welcome the opportunity to speak with you and share what i have learned. You have a much broader voice than I do, and these families' stories need to be told. Blessings to you, and thank you for adding your valuable voice to this issue.

3 ^ ⌄ • Reply • Share ›

**Dave Neuendorf** • 2 months ago

Joseph Mengele would be proud of Boston Children's Hospital. The lawsuit is a good start, but these "doctors" and administrators should be charged with kidnapping and torture. It's a criminal case, not just civil.

2 ^ ⌄ • Reply • Share ›

**Forked Tongue** • 2 months ago

Horrible case. Liberals do not believe parents should take care of a child, they want the state to do it.

5 ^ ⌄ • Reply • Share ›

   **Allison M. J. Brooks** → Forked Tongue • 2 months ago

   Republicans Clearly, are Severely Incapable of doing so themselves !

   ^ ⌄ • Reply • Share ›

**Missy Caulk** • 2 months ago

Michelle thank you for exposing this on a greater national level. There are so many

more families that this happens to. The entire foster care system needs systemic change. Please don't let this be your last article on what is really going on. What happened to the Pelletier family opened by eyes to how wide spread this is. Have you explored the stories on MedicalKidnapped dot com ?
8 ^ ⌄ • Reply • Share ›

**357x6** • 2 months ago

Also, this is another example why psychiatry and psychology are the most out of control, most dangerous, and most despicable of all so-called medical fields.
7 ^ ⌄ • Reply • Share ›

**ChristianConservative41** • 2 months ago

This is insane! The rights of parents to be able to decide what medical care their children should have, or what their children will be forced to learn or experience, are being taken away by the state, virtually making all children "wards of the state." This also happens when children have cancer, and parents (and often the child, as well) do not want their child to undergo chemotherapy and/or radiation (both of which actually cause cancer) and seek alternative treatment. The children are snatched by "child welfare" agencies and forced to undergo whatever treatments the medical authorities prescribe, and often the other children in the family are placed into foster care and the parents deprived of all rights in the lives of their children. This is happening all over the US and MUST be stopped. Similarly, more and more laws are being passed to require all children to undergo dozens of vaccinations or not be allowed to go to school and refused treatment by physicians for their stance. The medical/pharma cartel are becoming more and more dictatorial and forcing unneeded and unwanted medical interventions on Americans.
5 ^ ⌄ • Reply • Share ›

**Feisty Hayseed** • 2 months ago

I remember this case. 15-year-old Justina Pelletier was doing very well in school and participating in competitive sports because she was receiving appropriate medical care from another hospital and physician. But she had a cold or flu and her parents couldn't arrange an emergency visit with her usual physician so they took her to Boston Children's Hospital where some Nut Job psychiatrist who was writing a paper on "somatoform disorder" and needed more subjects to study decided that Justina did not have a physical disease at all, but a mental disorder, which oddly enough he/she/it diagnosed as "somatoform disorder". What a Nightmare. And then BCH refused to Free Justina from the Looney Bin they locked her up in. Arrogance and Self-Righteousness on Steroids. Every "doctor" at BCH involved should be Locked



TRIAL (HTTP://SUPERSTORE.WND.COM/WORLDNETWEEKLY-4-ISSUE-TRIAL-FOR-WHISTLEBLOWER-SUBSCRIBERS) / MONTHLY (HTTP://SUPERSTORE.WND.COM/SUBSCRIPTIONS/WORLDNETWEEKLY-MONTH-TO-MONTH-DIGITAL_3) / ANNUAL (HTTP://SUPERSTORE.WND.COM/WORLDNETWEEKLY-1-YEAR-SUBSCRIPTION-DIGITAL_3)



SUBSCRIBE (HTTP://SUPERSTORE.WND.COM/WHISTLEBLOWER-MAGAZINE) / GIFT (HTTP://SUPERSTORE.WND.COM/WHISTLEBLOWER-MAGAZINE-GIFT) / RENEW (HTTP://SUPERSTORE.WND.COM/WHISTLEBLOWER-MAGAZINE-RENEWAL)

## SECTIONS

WND TV (HTTP://WWW.WND.COM/TV/)

COMMENTARY (HTTP://WWW.WND.COM/)

POLITICS (HTTP://WWW.WND.COM/PAGE/POLITICS/)

U.S. (HTTP://WWW.WND.COM/PAGE/US/)

WORLD (HTTP://WWW.WND.COM/PAGE/WORLD/)

FAITH (HTTP://WWW.WND.COM/PAGE/FAITH/)

HEALTH (HTTP://WWW.WND.COM/PAGE/HEALTH/)

EDUCATION (HTTP://WWW.WND.COM/PAGE/EDUCATION/)

MONEY (HTTP://WWW.WND.COM/)

DIVERSIONS (HTTP://WWW.WND.COM/)

## FEATURES

AMERICAN MINUTE (HTTP://WWW.WND.COM/MINUTE/)

CARTOONS (HTTP://WWW.WND.COM/)

REVIEWS (HTTP://WWW.WND.COM/)

EMAIL TO THE EDITOR (HTTP://WWW.WND.COM/TO-THE-EDITOR/)

PETITIONS (HTTP://WWW.WND.COM/)

JOKE OF THE DAY (HTTP://WWW.WND.COM/)

## RESOURCES

ABOUT WND (/ABOUT-WND/)

ADVERTISING (HTTP://WWW.WND.COM/WITH-WND/)

COMMENTATOR LINEUP (HTTP://WWW.WND.COM/)

DONATE TO WND (HTTP://SUPERSTORE.WND ITEMS/CONTRIBUTIONS)

NEWS ALERTS (HTTP://WWW.WND.COM/SUP-FOR-WNDS-FREE-EMAIL-ALERTS/)

G2 BULLETIN (HTTP://G2BULLETIN.WND)

WND SUPERSTORE (HTTP://SUPERSTORE.WN

WND BOOKS (HTTP://WNDBOOKS.WND

WHISTLEBLOWER (HTTP://SUPERSTORE.WN

WND WEEKLY (HTTP://SUPERSTORE.WN

WHO READS US (HTTP://WWW.WND.COM/READS-US/)

WHO'S WHO AT WND (HTTP://WWW.WND.COM/WHO-AT-WND/)

WND HISTORY (/ON-THIS-DAY-IN-WND-HISTORY/)

WND SCOOPS (HTTP://WWW.WND.COM/SCOOPS-YOU-READ-IT-HERE-FIRST/)

MOBILE WND (HTTP://MOBILE.WND.CO

## CONTACT WND

- Advertising Inquiries (/contact-wnd/?subject=advertising)
- Corrections (/contact-wnd/?subject=corrections)
- Email to the Editor (/contact-wnd/?subject=email)
- News Tips (/contact-wnd/?subject=tips)
- Testimonials (/contact-wnd/?subject=testimonial)
- Questions (/contact-wnd/?subject=questions)

© Copyright 1997-2017. All Rights Reserved. WND.com. | Terms of Use (/terms-of-use/) | Privacy Policy (/privacy-policy/) | Mobile Site (http://mobile.wnd.com/)

(///privacy.truste.com/privacy-seal/WorldNetDaily-com.-Inc-/validation?rid=924b6c21-beda-42ba-889c-47e0ec5cd339)

# City Of Boston And Hospital Violated Teen Girl's Human Rights, Hacker Who Fought For Her Faces 25 Years In Prison

Exhibit 2

Posted at 6:00 am on March 23, 2017 by Jim Jamitis

 Share On Facebook    Share On Twitter

TRENDING 

1 **WAR: Breitbart Is About To Go Medieval on Trump's Administration**

2 **CNN Blatantly Covers up 'Antifa' Violence for the Most Amazing Reason**

3 **The Good News Is There's Only Three And A Half Years Left**

4 **Reporter Embedded With White Nationalists in Charlottesville: They Didn't Talk About Robert E. Lee S**

5 **Liberty University Alumni Are Returning Their Diplomas (And I Don't Blame Them)**

When the story of Justina Pelletier's experience at the hands of Boston Children's Hospital came out a few years ago, it shocked and angered a lot of people across the nation. The hospital and medical professionals who in effect *abducted* Justina and kept her from her parents among other alleged tortures are being sued by the Pelletiers, but they're facing no criminal prosecution. However, Marty Gottesfeld, the man who brought down the hospital's online donation page to protest and call attention to Justina's plight still faces up to 25 years behind bars for computer hacking.

If you don't remember Justina Pelletier's story, Streiff wrote about her case a few years ago here at RedState.

Here's the *Cliff's Notes* version. Justina had been diagnosed and was being treated for an obscure condition known as mitochondrial disease at Tufts Medical Center. Complications arose when she contracted influenza and she was admitted to Boston Children's Hospital. Doctors there rejected the Tufts diagnosis and decided that Justina was suffering from a psychiatric problem. Worse, doctors at Children's blamed Justina's parents for her condition and accused them of child abuse. Justina went from receiving medical care for her condition at Tufts to being locked in a psychiatric ward at Children's for the better part of a year. She was taken from her parents because her new doctors rejected the diagnosis of her doctors from Tufts.

I'm told by a source close to the story that Justina, a Catholic, was prevented from attending Mass or even receiving Communion. She was only allowed to see her parents occasionally and then under the supervision of armed guards. A court placed her parents under a gag order, forbidding them from speaking out about what was going on. They eventually broke the gag order and that's when they started to receive some outside help. Legal counsel for the Pelletiers said that Justina was denied even the rights Massachusetts affords to incarcerated criminals. Justina was left maimed and paralyzed by the ordeal.



*Al Gore Has Some Advice For President Trump*

Andrea Ruth



*New Afghanistan Strategy To Be Unveiled Monday Night*

streiff



*This Will End Well: Virginia City Asks Public to Rename Jefferson Davis Highway*

Teri Christoph



At this point the case began to draw protest from all over. People feared that Justina was going to die locked up against her and her family's will in the psych ward of a Harvard teaching hospital.

That is when Marty Gottesfeld decided to take some action. In protest of Justina's treatment, Gottesfeld allegedly arranged a denial of service to the hospital's online donation page and bring it down. He didn't hack into any essential medical systems or maliciously use patient data. He simply took the donation portal offline hurting nothing but the hospital's pocketbook.

Now just as an aside, I wrote earlier how several vandals tore up grass at a Trump golf course in California in protest of President Trump's environmental policies. The Washington Post characterized the act of vandalism as a "daring act of defiance." At least until they were shamed into changing their article. I think hacking a hospital's donation page to call attention to their abuse of a young a girl qualifies more as a "daring act of defiance" than any molestation of a putting green.

According to the #FreeMartyG campaign, Gottesfeld is a human rights activist who is focused on fighting the institutional abuse of teens.

> Human rights activist Martin Gottesfeld is a pre-trial inmate facing felony charges from Carmen Ortiz's office under the Computer Fraud and Abuse Act (CFAA). The same office and act was relentlessly used against the Internet's Own Boy, Aaron Swartz, until his death by suicide in 2013. Marty is facing allegations that he conspired with members of hacktivist group Anonymous to organise an online sit-in of Boston Children's Hospital public website to stop the torture and save Justina Pelletier's life.
>
> Marty is passionate for his human rights work involving protecting youth from institutionalised abuse. A tireless advocate against the well documented atrocities of the "troubled teen industry" he was drawn to Justina Pelletier's case.
>
> Justina was an institutionally abused 15 year old Christian girl taken from her parents as a Ward of the State by Boston Children's Hospital. Doctors at Boston Children's felt her symptoms had psychological causes ignoring her primary doctors. Denied her pain and cardiac medications, she became paralyzed below the hips. Contact with her family was severely limited and she took to smuggling them notes hidden in art projects describing her suffering.

I'm no lawyer but I'm sure that bringing down someone's website is against the law, just as violating a court gag order is, and just as locking a child away from her parents and denying her medical treatment SHOULD be.

The reason I'm writing this is not to gloss over any violations of the law. I'm writing this in order to argue that justice is not being served.



*The RedState Box Office Report*

Brad Slager



*WAR: Breitbart Wastes No Time in Targeting the Administration*

Susan Wright



*Liberty University Alumni Are Returning Their Diplomas (And I Don't Blame Them)*

Susan Wright

It is utter hypocrisy that prosecutors want to put a man behind bars for something he did trying to help save Justina Pelletier's life, while doing nothing to the people who put her in danger in the first place. Boston Children's Hospital and the Boston Department of Children and Families violated Justina's human rights. They violated her parents human rights. Yet no one from Boston Children's Hospital or the city government is even facing criminal investigation.

I'm not condoning criminal action of any kind here. Being a vigilante is not something I would recommend to anyone.

However, from what I have seen of this case, Marty Gottesfeld may have broken the law but he did so in order to prevent an even greater crime from occurring. Selectively prosecuting Gottesfeld while doing nothing to the Harvard institution that *imprisoned* Justine Pelletier or to the city government who abetted the violation of the Pelletier's rights smacks of cronyism, corruption, and frankly, tyranny.

It doesn't even come close to resembling justice.

Share On Facebook          Share On Twitter

TAGS: ANONYMOUS   BOSTON CHILDREN'S HOSPITAL
BOSTON DEPARTMENT OF CHILDREN AND FAMILIES
JUSTINA PELLETIER   MARTY GOTTESFELD
TUFTS MEDICAL CENTER

**Promoted Stories**                                   Sponsored Links by Taboola

**Somerville, Massachusetts: This Brilliant Company Is Disrupting a $200 Billion Industry**
EverQuote Insurance Quotes

**Join 1,011,365 Players In the Most Beautiful Strategy Game!**
Throne: Free Online Game

**I Hate Annuities...and So Should You**
Fisher Investments

**"Unreal" Can't Even Sum up These 27 WWI Images**
MSN

**Massachusetts Brings $0 Down Solar to Somerville Area**
Energy Bill Cruncher Solar Quotes

**Top 5 Places to Unplug**
Inspirato

**More From RedState**                                 by Taboola

**VIDEO: Tucker Carlson Mops the Floor with Empty Headed Environmentalist**

**I lied to myself for years about who my allies were. No more.**

8/21/2017 City of Boston and Hospital Violated Teen Girl's Human Rights, Hacker Who Fought for Her Faces 25 Years in Prison

Matt Damon: From Liberal Hollywood Hero To Bigot In One Interview

# RECENT STORIES



The Good News Is There's Only Three And A Half Years Left

Joe Cunningham



CNN Blatantly Covers up 'Antifa' Violence for the Most Amazing Reason

streiff



Reporter Embedded With White Nationalists in Charlottesville: They Didn't Talk About Robert E. Lee Statue

Susan Wright

# COMMENTS

POSTING RULES | LOGIN TO COMMENT | REGISTER TODAY

14 Comments     RedState.com - Conservative Blog & Conservative News Source

♡ Recommend 7     ↱ Share                                       Sort by Newest

**joseph23006** · 5 months ago

The real criminals are those in the hospital, they should be facing time in prison. They were quick enough to charges child abuse and remove the girl from parental custody, they should never work with children again and be placed on the list of abusers!

1 ^   ∨  · Share ›

**markvol** · 5 months ago

This is also a good example how Democrats use their power to rule over us little lemmings. They show with stuff like this, just how much they consider power to be over people. with them, power wins every time.

1 ^   ∨  · Share ›

**floridamanstrikesagain** · 5 months ago

He should be cleared of all charges and given a medal by both the mayor and Governor Baker. And

then Hollywood should cut him a 100,000$ check for the rights to the movie (Justina Pelletier of course would receive a larger sum as she'd be the focus of this movie) because this is a Blockbuster in real life.

And then Baker should do exactly what Larry Hogan did to the prison in Baltimore that was simply *too* bent, bowed and broken to fix. Shut it down and dynamite it to build condos.

3 ^ ˅ · Share ›

**surfcat50** · 5 months ago

Sounds like a case tailer-made for jury nullification.

4 ^ ˅ · Share ›

    **edintexas** → surfcat50 · 5 months ago

    I agree, except I believe it never should have been taken to a Grand Jury for indictment. Even the HuffPo wrote an article about this Obama appointed US Attorney's abuse (linked at her name in Jim's article).

    Even though it seems tailor made for nullification, I wouldn't bet on a Boston US District Court Jury doing so.

    1 ^ ˅ · Share ›

**NickLevi86** · 5 months ago

The Instapundit Protocols are in order: Tar. Feathers.™

Perhaps pitchforks and torches as well.

7 ^ ˅ · Share ›

    **Diamondback** → NickLevi86 · 5 months ago

    And don't forget the Angry Mob to wield them all...

    2 ^ ˅ · Share ›

**markvol** · 5 months ago

No, it doesn't. It appears that an institution's reputation is more on the line than the child's welfare, and I don't give a damn for anyone's institution, especially when it does things like this. Standing up for a child, in a situation like this takes little courage, but in the case of the guy facing the jail time, he is on the right side of the issue and is the kind of courageous man more should aspire to be.

11 ^ ˅ · Share ›

**satchman3** · 5 months ago

Totally agree - the prosecuting attorney and judge should consider the circumstances surrounding this hacking crime and apply a whole lot of leniency in my opinion.

8 ^ ˅ · Share ›

    **markvol** → satchman3 · 5 months ago

    That DA and the judge should be held out to hang in the wind when they use as a response of retribution, rather than the right of the individual, and in the case of the hacker, they did the same thing. They threw retribution at him. If that's the kind of government we have, it should be abolished at any level. They went full political on him to shut him and the family up.

    1 ^ ˅ · Share ›

        **edintexas** → markvol · 5 months ago

        Obama appointed US Attorney, not a state/local District Attorney.

        1 ^ ˅ · Share ›

            **markvol** → edintexas · 5 months ago

            Thanks for the correction.

            ^ ˅ · Share ›

**emptypockets** · 5 months ago

This is the status quo maintaining the status quo [aka-swamp]...nothing to see here...move along...

4 ^ ˅ · Share ›

**qualityguy** · 5 months ago

Sad on so many levels

9 ^ ˅ · Share ›

# RELATED STORIES



**More Judicial Conflicts of Interest in the Case of Justina Pelletier's Guardian Hacktivist**

Jim Jamitis



**Is the FBI Using Intimidation Tactics Against Wife of Justina Pelletier's Guardian Hacktivist?**

Jim Jamitis

# TRENDING ON TOWNHALL MEDIA



Review: Marvel's "The Defenders"
redstate.com



Meet the Press guest defends Antifa: 'When pushed, violence is a legitimate response' – twitchy.com
twitchy.com



Juggalos, Trump Supporters to March on Washington on Sept. 16
townhall.com



Here's How These Utah Shooting Ranges Are Helping Create More Responsible Gun Owners
bearingarms.com

 

Home   RS Gathering   Advertise   Newsletters   Privacy Policy   Terms of Use

 +    Copyright RedState.com. All Rights Reserved. Terms under which this service is provided to you