**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN GOTTESFELD,<br><br>Defendant. | Case No. 1:16-CR-10305-NMG |

**NOTICE OF APPEARANCE**

Kindly enter my appearance on behalf of Mr. Gottesfeld.

Respectfully submitted,

**MARTIN GOTTESFELD**
By his attorney,

/s/ Jennifer A. Sunderland
Jennifer A. Sunderland, BBO No. 673278
Peachy Hackett & Sunderland LLP
88 Broad Street, Suite 101
Boston, MA 02109
Tel: 617.302.8466
jsunderland@phsllp.com

**DATED**: September 15, 2026

Certificate of Service

I, Jennifer A. Sunderland, certify that this document filed on this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

/s/ Jennifer A. Sunderland
Jennifer A. Sunderland