**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTIN GOTTESFELD,<br>Defendant. | Case No. 1:16-CR-10305-NMG |

**ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* OF NATALIE LYONS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Jennifer Sunderland, the undersigned, and a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Natalie A. Lyons, a member of the Bar of the State of Indiana, to this Court for the purpose of representing Defendant, Martin Gottesfeld on an Assented to Motion for Early Termination of Supervised Release, in the above-captioned matter, and states as follows:

1. Natalie A. Lyons is counsel for the Defendant. Her firm, CohenMalad, LLP, is located at One Indiana Square, Suite 1400, Indianapolis, Indiana 46204. Her telephone number is (317) 636-6481. Her email address is nlyons@cohenmalad.com.

2. Attorney Lyons is a member in good standing of the Bar of the State of Indiana, as evidenced by the signed certification attached hereto as Exhibit A. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction. *See* Rule 83.5.3(e)(3) Certification of Attorney Lyons, attached hereto as Exhibit B.

3. Attorney Lyons is familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

4. Attorney Sunderland, a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent the Defendant if this motion is granted.

5. Under Local Rule 7.1(a), Defendant has conferred with Seth Kosto, one of the Assistant United States Attorneys on the above matter, and the United States has no objection to granting this motion.

Therefore, consistent with Mr. Gottesfeld's Sixth Amendment right to counsel of his choice, undersigned counsel respectfully requests that Natalie A. Lyons be admitted to practice before this Court pro hac vice as defense counsel for Mr. Gottesfeld in this case, in accordance with the Rules of this Court. See *United States v. Gonzalez Lopez,* 548 U.S. 140, 144 (2006). A proposed order is also attached.

Dated: September 15, 2026

Respectfully submitted,
The Defendant, Martin Gottesfeld
By local counsel,

*/s/Jennifer Sunderland*
Jennifer Sunderland, she/her
B.B.O. #673278
Peachy Hackett & Sunderland LLP
88 Broad Street, Suite 101
Boston, MA 02110
617-302-8466
jsunderland@phsllp.com

**LOCAL RULE 7.1 (A) (2) CERTIFICATION**

I, Jennifer A. Sunderland, hereby certify that, pursuant to Rule 7.1 (A)(2) of the Local Rules of the United States District Court of Massachusetts, counsel for Defendant has conferred with AUSA Seth Kosto, counsel for the Government, by e-mail regarding this motion, and Defendant assents to this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the Government who are registered participants as identified on the Noticeof Electronic Filing (NEF).